# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cr-04054-SRB-1 |
| ) | |
| RAMELUS D. BRADLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant's Motion to Quash Search Warrants and Suppress Evidence and Statements be denied. (Doc. #66). Defendant Bradley filed objections to the Report and Recommendation (Doc. #67) arguing primarily that Magistrate Judge Whitworth misapplied the law in finding that the search warrants were issued based on probable cause.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections (Doc. #67), and ADOPTS Judge Whitworth's Report and Recommendation (Doc. #66). Defendant's Motion to Quash Search Warrants and Suppress Evidence and Statements (Doc. #44) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: June 14, 2017