# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 2:15-cr-04054-SRB-1 |
| RAMELUS D. BRADLEY, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Epps's Report and Recommendation recommending that Defendant's Motion for *Franks* Hearing, Disclosure and Production and Suggestions in Support be denied. (Doc. #77). Defendant Bradley filed objections to the Report and Recommendation (Doc. #78) disagreeing with Magistrate Judge Epps' recitation of the facts and arguing that Magistrate Judge Epps misapplied the law.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's objections (Doc. #78), and ADOPTS Judge Epps's Report and Recommendation (Doc. #77). Defendant's Motion for *Franks* Hearing, Disclosure and Production and Suggestions in Support (Doc. #71) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: October 10, 2017